# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of                              : No. 2937 Disciplinary Docket No. 3
                                              :
ROBERT STEVEN PORRECA                         : No. 179 DB 2022
                                              :
                                              : Attorney Registration No. 84507
                                              :
                                              : (Chester County)


## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2022, upon consideration of the Certificate of Admission of Disability, Robert Steven Porreca is immediately transferred to inactive status for an indefinite period and until further Order of this Court.  *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.